STATE v. BRAY

No. 180 PC.

Case below: 37 N.C. App. 43.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. BROGDEN

No. 215 PC.

Case below: 36 N.C. App. 118.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 29 August 1978.

STATE v. BRYANT

No. 4 PC.

Case below: 37 N.C. App. 232.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.

STATE v. CHAPPEL

No. 47.

Case below: 36 N.C. App. 608.

Motion of Attorney General to dismiss defendant's appeal for lack of substantial constitutional question allowed 29 August 1978.

STATE v. COX

No. 3 PC.

Case below: 37 N.C. App. 457.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.